## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 22-CV-22172-CMA

Plaintiff:
**MICHAEL PEZOLDT**

vs.

Defendant:
**NCL (BAHAMAS) LTD., a Bermuda Company d/b/a NORWEGIAN CRUISE LINE,**

For:
Matthias Hayashi, Esq.
Aronfeld Trial Lawyers
One Alhambra Plaza
Penthouse
Coral Gables, FL 33134

Received by Lisa Gonzalez (Miami - Dade Process Server) on the 18th day of July, 2022 at 1:54 pm to be served on **NCL (BAHAMAS) LTD., A BERMUDA COMPANY D/B/A NORWEGIAN CRUISE LINE, 7665 CORPORATE CENTER DRIVE, MIAMI, FL 33126**.

I, Arline Yague, do hereby affirm that on the **20th day of July, 2022** at **1:58 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET and COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY** with the date and hour of service endorsed thereon by me, to: **Joanne Jara** as **Legal Department** for **NCL (BAHAMAS) LTD., A BERMUDA COMPANY**, at the address of: **7300 NW 19th St, Suite 100, MIAMI, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. No notary required pursuant to F.S. 92.525(2).

*Arline Yague*

**Arline Yague**
10038

**Lisa Gonzalez (Miami - Dade Process Server)**
**2540 SW 16th Terrace**
**Miami, FL 33145**
**(305) 458-6395**

Our Job Serial Number: LGN-2022000168

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1z