UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-22172-CMA

MICHAEL PEZOLDT,

   *Plaintiff*,

vs.

NCL (BAHAMAS) LTD,
a Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

   *Defendant*.
_____/

## NOTICE OF APPEARANCE

Todd L. Sussman, Esq., hereby files this Notice of Appearance as counsel for Defendant, NCL (Bahamas) Ltd. a Bermuda Company d/b/a Norwegian Cruise Line, and hereby requests that all future pleadings, motions, notices, orders and other documents filed by the parties and the Court be served on the undersigned, at the address and email below.

   Respectfully Submitted,

**NORWEGIAN CRUISE LINE**
Attorneys for Defendant
7665 Corporate Center Drive
Miami, Florida 33126
Telephone:   (305) 436-4377
Facsimile:   (305) 468-2132

By: */s/ Todd Sussman*
   **Todd L. Sussman, Esq.**
   Florida Bar No. 0084729
   tsussman@nclcorp.com

Case No.: 22-cv-22172-CMA

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th ay of August 2022, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

By: /s/ Todd Sussman
**Todd Sussman, Esq.**

## SERVICE LIST

*Michael Pezoldt vs. NCL (Bahamas) Ltd.*
Case No.: *22-cv-22172-CMA*
United States District Court for the Southern District of Florida

| | |
|---|---|
| Todd L. Sussman, Esq. | Spencer M. Aronfeld, Esq. |
| NORWEGIAN CRUISE LINE | Abby H. Ivey, Esq. |
| 7665 Corporate Center Drive | Matthias M. Hayashi, Esq. |
| Miami, FL  33126 | Riana S. Maryanoff, Esq. |
| Telephone:    (305) 436-4653 | ARONFELD TRIAL LAWYERS |
| Facsimile:     (305) 468-2132 | 1 Alhambra Plaza I Penthouse |
| tsussman@ncl.com | Coral Gables, FL 33134 |
| jjara@ncl.com | Telephone:    (305) 441-0440 |
| *Attorneys for Defendant* | Facsimile:     (305) 441-0198 |
| | aronfeld@aronfeld.com |
| | aivey@aronfeld.com |
| | mhayashi@aronfeld.com |
| | rmaryanoff@aronfeld.com |
| | *Attorneys for Plaintiff* |